IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRIET LIPSCHULTZ | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 15-5760 |
| HOLY FAMILY UNIVERSITY | : | |

# O R D E R

**AND NOW**, this  17th  day of  February , 2017, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 20), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**